IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-30324
_____

CAUSEWAY MEDICAL SUITE;
BOSSIER CITY MEDICAL CENTER;
HOPE MEDICAL GROUP FOR WOMEN;
DELTA WOMEN'S CLINIC; WOMEN'S
HEALTH CLINIC; JAMES DEGUERCE, M.D.,
on behalf of themselves and the
patients they serve; A. JAMES
WHITMORE, III, M.D., on behalf of
themselves and the patients they serve,

Plaintiffs-Appellees,

versus

MURPHY J. FOSTER, JR., Governor of
the State of Louisiana; RICHARD P.
IEYOUB, Attorney General of State of
Louisiana, in their official capacities
and their agents and successors,

Defendants-Appellants.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana

_____

August 17, 2000

Before JOLLY and DENNIS, Circuit Judges, and DOWD,[*] District Judge.

E. GRADY JOLLY, Circuit Judge:

In the light of the Supreme Court's recent decision in

Stenberg v. Carhart, 120 S.Ct. 2597 (2000), the judgment of the

_____

[*]District Judge of the Northern District of Ohio, sitting by
designation.

district court is AFFIRMED.  The State of Louisiana's motion to certify a question to the Louisiana Supreme Court regarding the construction of La. Act 906 of 1997 (La.Rev.Stat.Ann. § 14:32.9 (West 2000)) is DENIED.

JUDGMENT AFFIRMED;
MOTION DENIED.
